**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**ANGELA DAWN EVANS,**

    Plaintiff,

v.                                                       **Civil Action No. 3:09-CV-39
(Judge Bailey)**

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,**

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation of United States Magistrate Judge James E. Seibert [Doc. 13] dated November 5, 2009, to which neither party filed objections. Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, failure to file objections to the magistrate judge's proposed findings and recommendation permits the District Court to review the recommendation under the standards that the District Court believes are appropriate, and under these circumstances, the parties' right to *de novo* review is waived. See ***Webb v. Califano,*** 468 F. Supp. 825 (E.D. Cal. 1979).

Accordingly, because no objections have been filed, this report and recommendation ("R & R") will be reviewed for clear error. Upon review of the R & R and the record, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation **[Doc. 13]** should be, and is, hereby **ORDERED ADOPTED**.

For reasons more fully stated in the Report and Recommendation of United States

Magistrate Judge James E. Seibert [Doc. 13], this Court **ORDERS** that the Commissioner's Motion for Summary Judgment **[Doc. 11]** be **GRANTED**.

Additionally, Claimant's Motion for Summary Judgment **[Doc. 10]** is hereby **DENIED** because substantial evidence supports the ALJ's decision to afford little weight to the opinions of two of the treating sources and to discredit Claimant's testimony as to the intensity, persistence, and limiting effects of the symptoms.

Accordingly, the Claimant's Complaint **[Doc. 1]** is **DISMISSED**, and the same is hereby **ORDERED STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 4, 2009.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE